UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 13-14012-CR-GRAHAM

UNITED STATES OF AMERICA

       Plaintiff,

vs.

JESS H. COOLEY,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Plaintiff's Motion for Writ of Garnishment and Motion for Hearing, (D.E. 531).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch United States Magistrate Judge on October 29, 2013.

The Court has conducted an independent review of the record, Defendant's objections and the Government's response (D.E. 70). Magistrate Lynch's report recommended that an Order be entered as follows:

    a. Dissolution of the pending Writ of Garnishment without Prejudice;

    b. Directing the United States Defense Finance and Accounting Service release any and all funds currently frozen pursuant to this Court's previous Writ of Garnishment and that the government provide a copy to the United States Defense Finance and Accounting Services so that this is accomplished forthwith; and

    c. The Defendant's Motion for Hearing [D.E. 57] be **DENIED as moot.** Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause on is hereby, **ADOPTED AND AFFIRMED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of April, 2014.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
        Carlos Raurell, AUSA
        Jess H. Cooley, 02550-104